737 A.2d 250

COMMONWEALTH of Pennsylvania, Appellee,

v.

Martin David SMILEY, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 14, 1999.

Decided Oct. 4, 1999.

Joseph P. Burt, Erie, for Martin David Smiley.

Joseph P. Conti, Lisa M. Schlosser, Erie, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justices ZAPPALA and SAYLOR dissent.